Order entered November 9, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01335-CV

**IN RE TIMOTHY SHELTON, Relator**

On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F93-04-758-S

## ORDER

The Court has before it real party in interest the State of Texas's November 1, 2012 motion for extension to file out-of-time, contemporaneously-tendered response. The Court **GRANTS** the motion. The Court also has before it relator's petition for writ of mandamus, in which he claims to have filed a motion for DNA testing and appointment of counsel. In its response, the State asserts that no such motion was ever filed in the trial court. On its own motion, the Court **ORDERS** the trial judge to make a finding of fact as to whether relator filed a motion for DNA testing and appointment of counsel with the District Clerk of the trial court. The Court **ORDERS** the trial judge to file with this Court, **within ten (10) days of the date of this order,** a certified copy of its order making such finding of fact.

JOSEPH B. MORRIS
JUSTICE